STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

GERARDO LUIS ESQUILIN NAVARRO  Case No. 11-00737-BKT

Chapter 13   Attorney Name: MARILYN VALDES ORTEGA*

### I. Appearances

Debtor [✓] Present [ ] Absent
Joint Debtor [ ] Present [ ] Absent
Attorney for Debtor [✓] Present [ ] Absent
[ ] Pro-se
[ ] Substitute _Att. Rodriguez_

Date: March 04, 2011
Time: 2:40 pm   Track: —
[✓] This is debtor(s) 2nd Bankruptcy filing.
Liquidation Value: 0
Creditors —none—

### II. Oath Administered
[✓] Yes   [ ] No

### III. Documents Filed/Provided

[✓] Schedules
[✓] Statement of Financial Affairs (SOFA)
[✓] Statement of Current Monthly Income (SCMI)
[✓] Credit counseling briefing certificate (CCC)
  [ ] Waiver requested by debtor(s)
[ ] DSO Certificate

[ ] DSO Recipient's information
[✓] State Tax Returns 08-09  [✓] Returned
[ ] Federal Tax Returns _____ [ ] Returned
[ ] Evidence of income (60 days prior to petition)

### IV. Status of Meeting  [ ] Closed   [ ] Not Held   [✓] Continued for 30 days at _____

### V. Trustee's Report on Confirmation
[ ] FAVORABLE
[✓] UNFAVORABLE

as required by debtor pursuant to sect. 1308. After 4/4/11, meeting will be deemed closed.

[ ] Feasibility
[ ] Insufficiently funded
[ ] Unfair discrimination
[ ] Fails liquidation value test
[ ] Fails disposable income test (I & J)
[ ] No provision for secured creditor(s)

_____
_____
[ ] Treat value of collateral separately
[ ] No provision for insurance
[✓] Tax returns missing
  [✓] State - years _2010_
  [ ] Federal - years _____

[ ] No DSO certificate (Post-petition)
[ ] Evidence of income
  [ ] Missing   [ ] Incomplete
[ ] Stmt. of Current Monthly Income
  [ ] Incomplete   [ ] Missing
  [ ] Fails commitment period   [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
  [ ] Missing   [ ] More than 180 days
  [ ] Issuer not certified by U.S.T.
[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[ ] Other:

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

GERARDO LUIS ESQUILIN NAVARRO    Case No. 11-00737-BKT

Chapter 13    Attorney Name: MARILYN VALDES ORTEGA*

**VI. Plan** (Cont.)
Date: February 08, 2011  Base $ 29,700.00  [X] Filed  Evidence of Pmt shown: _____
Payments ____ made out of _____ due.  [ ] Not Filed  M.O. #97399 $500.00 3/3/11

**VII. Confirmation Hearing Date:** April, 1, 2011

**VIII. Attorney's fees as per R. 2016(b)**
$3,000.00 - $525.00 = $2,475.00

**IX. Documents to be provided w/in 10 days**

[✓] Amended schedules _____
[✓] Insurance estimate _Reliable_
[ ] Assumption/Rejection executory contract
[ ] Appraisal _____

[ ] State tax returns years _____
[ ] Federal tax returns years _____
[ ] Correct SS # (Form B21)
    [ ] Debtor  [ ] Joint debtor
[ ] Other: _____

[ ] Amended S.O.F.A. _____
[ ] Amended plan
[ ] Business Documents
    [ ] Monthly reports for the months _____

[ ] Public Liability Insurance
    [ ] Premises _____
    [ ] Vehicle(s) _____
[ ] Licenses issued by: _____

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments; [ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other: _____

**COMMENTS**

_____
Trustee/Presiding Officer

Date: March 04, 2011
(Rev.)